No. 04–5089.  THORNTON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 04–5090.  ZURMILLER v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 04–5092.  BOLIN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–5094.  RHODES v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 04–5095.  RAMIREZ v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 04–5096.  PETTIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–5100.  DECICCO v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.  C. A. 1st Cir.  Certiorari denied.

No. 04–5101.  STEWART v. KIRSHNER ET AL.  C. A. 9th Cir.
Certiorari denied.

No. 04–5102.  REEDY v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 04–5103.  SHOLES v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 04–5105.  SMITH v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 04–5107.  ROBEY v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5108.  SISK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–5110.  LYONS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–5111.  PORTALATIN v. PATRICK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir.  Certiorari denied.